IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH GRANT McHENRY,

      Plaintiff,                         No. CIV S-03-1573 DFL DAD P

   vs.

DR. VAN C. VONG, et al.,

      Defendants.               ORDER

_____/

      On September 7, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 24, 2005, denying plaintiff's December 10, 2004 second motion to reinstate Dr. Van C. Vong as a defendant and denying plaintiff's February 1, 2005 third motion for appointment of counsel.

      A magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Local Rule 72-303(f). Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed August 24, 2005, and docketed as #52 is affirmed.
3 DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge