IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH GRANT McHENRY,

    Plaintiff,                       No. CIV S-03-1573 DFL DAD P

    vs.

DR. VAN C. VONG, et al.,

    Defendants.               ORDER

_____/

        On July 24, 2006, plaintiff was ordered to supplement his opposition to defendants' summary judgment motion within thirty days. Plaintiff has not responded to the court's order. IT IS HEREBY ORDERED that all facts contained in defendant's March 24, 2006 Statement of Undisputed Facts shall be deemed admitted unless plaintiff files and serves a declaration, within fifteen days after this order is served, showing good cause for his failure to comply with the court's July 24, 2006 order; the declaration must be accompanied by the admissions and denials required by the July 24, 2006 order.

DATED: September 11, 2006.

                                                                                                    /s/ Dale A. Drozd

                                                                                       DALE A. DROZD

                                                                  UNITED STATES MAGISTRATE JUDGE

DAD:13
mche1573.supp2